UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH PHILLIPS, | ) | CASE NO. C08-1541-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: MOTION FOR |
| | ) | APPOINTMENT OF COUNSEL |
| OFFICER NOONAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Joseph Phillips proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. Plaintiff now requests appointment of counsel. (Dkt. 22.) Defendant James Noonan opposes this motion. (Dkt. 25.) Having considered the documents filed in support of and in opposition to the pending motion, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel. *See*

ORDER RE: MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -1

*Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's motion for appointment of counsel (Dkt. 22) is DENIED.

(2)　The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable John C. Coughenour.

DATED this <u>4th</u> day of March, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -2