UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH PHILLIPS, | ) | CASE NO. C08-1541-JCC-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR APPOINTMENT OF COUNSEL |
| OFFICER JAMES T. NOONAN, et al., | ) | |
| Defendants. | ) | |

Plaintiff Joseph Phillips proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights case. Plaintiff now submits his second request for appointment of counsel. (Dkt. 30.) Defendants oppose this request. (Dkt. 31.) Having considered the documents filed in support of and in opposition to the pending motion, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, plaintiff has again shown neither exceptional circumstances, nor

an inability to articulate his claims pro se that would warrant the appointment of counsel.  *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).   Accordingly, plaintiff's second motion for appointment of counsel (Dkt. 30) is DENIED.

(2)   The Clerk is directed to send copies of this Order to plaintiff, to defendants, and to the Honorable John C. Coughenour.

DATED this <u>14th</u> day of April, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S SECOND
REQUEST FOR APPOINTMENT OF COUNSEL
PAGE -2