MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSEPH PHILLIPS,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER NOONAN, et al.,<br><br>    Defendants. | NO. C08-1541-JCC-MAT<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br><br>(~~Proposed~~) |

THIS MATTER having come regularly before the Court on Defendants' Motion for Extension of Time, the Court having reviewed the memoranda, declarations and other evidence submitted by the parties and being otherwise fully advised makes the following

ORDER:

1. Defendants' Motion for Extension of Time is GRANTED;
2. The dispositive motion deadline is reset to June 22, 2009; and
3. The Clerk of the Court is directed to send copies of this order to all parties.

DATED this <u>25th</u> day of June, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

s/ Peter Berney
PETER W. BERNEY, WSBA #15719
Assistant Attorney General