UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH PHILLIPS, | ) | CASE NO. C08-1541-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING AND |
| | ) | RETURNING PLAINTIFF'S |
| OFFICER NOONAN, et al., | ) | DISCOVERY REQUEST |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a Washington State prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 21, 2009, the Court issued an Order establishing a deadline of April 17, 2009 for discovery to be propounded in this matter (Dkt. 23). On July 6, 2009, plaintiff filed a Motion for Production of Documents (Dkt. 39). Having considered the foregoing, the Court does hereby find and ORDER:

(1) Plaintiff's Motion for Production of Documents is STRICKEN. The date by which plaintiff propounded his discovery request is over two months after the deadline for discovery. In addition, plaintiff is advised that requests for discovery should not be sent to the Court, but rather propounded only on the opposing party. The Court's role is limited to

01 resolving disputes regarding discovery if they arise.

02 (2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

03 defendants, and to the Hon. John C. Coughenour.

04 DATED this 8th day of July, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge