THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH PHILLIPS, | Case No. C08-1541-JCC |
| Plaintiff, | ORDER DISMISSING § 1983 ACTION |
| v. | |
| OFFICER NOONAN, et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motion for Summary Judgment (Dkt. No. 36) is GRANTED and Plaintiff's complaint and this action are DISMISSED with prejudice;

(3) Plaintiff's Motion to Issue Subpoenas (Dkt. No. 43) is DENIED AS MOOT; and

//

//

ORDER
PAGE - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Theiler.

DATED this 19th day of November, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2